# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

<u>Southern</u> DIVISION

No. 7:19-CV-115H

Margie M King Hurdle

v.

Camp Lejeune USMC

NO.

COMPLAINT

FILED
JUL 22 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___SL___ DEP CLK

Plaintiff resides at:

Margie M King Hurdle
1332 Sale Avenue
Louisville, Kentucky 40215

Defendant(s)' name(s) and address(es), if known:

Camp Lejeune USMC, 3250 Catlin Ave., Quantico, VA 22134
Camp Lejeune Water Supply Comp.- TTII     unknown address
City of Jacksonville, NC  P.O Box 128, Jacksonville, NC 28541
A-1 Dry Cleaners 2127 Lejeune Blvd, Jacksonville NC 28546
Dept of JAG, 1322 Patterson Ave, Suite 3000, Washington Navy Yard, DC 20374
Veteran Adm. 810 Vermont Avenue, NW, Washington, DC 20420
Congress of USA  1100 Vermont Avenue, NW #700, Washington, DC 20005
A-1 Dry Cleaners 2127 Lejeune Blvd, Jacksonville, NC 28546
Jacksonville Water Supply Comp  P.O. Box 128, Jacksonville, NC 28541
~~714~~ 228 Georgetown Rd, Jacksonville, NC 28540

1

U.S. Government - unknown address

Case 7:19-cv-00115-D   Document 6   Filed 07/22/19   Page 1 of 3

Jurisdiction in this court is based on:

North Carolina Eastern District Courts which covers Camp Lejeune USMC Base + Base Housing - TT II and Jacksonville area. Which is in the Onslow County.

The acts complained of in this suit concern:

I first lived in Camp Lejeune Marine Corp Base Hospitality House Nov. 1983 for over 30 consecutive days. I also lived at 2919 Saipan Drive, TT II with my husband and daughters. We were never informed of the water contamination, not even one time. Now, according to my oncology my cancer Synovial Sarcoma (a soft tissue cancer) and my medical condition was caused by the contamination. The 2nd time my cancer returned it was the soft tissue with the cancerous tumor had wrapped around the bone that lead to me having AKA (above the knee amputation) of the right leg. I use crutches and wheelchair chair and prostetic daily. Under went Chemotharpy + Radiation twice. 2 miscarriage that was acknowledged by the CLFMP. They covered nothing. Received the VA medical card by covered nothing. My life changed dramatically and I could do nothing to stop it. I had to fight to live, medical bills, doctor bills, lost alot, lost friend, unable to get better jobs, work 2 days a week, unable to run, exercise as normal, relationship changed with my son for the worse. No sexual relation with men, the way I am treated by others, just to name a few. I request a

2

by judge or trail that will allow you to hear and see for yourself and have a better understand of the effects of the contamination from the Camp Lejeune. vs you judging me from a piece of paper. I live in pain daily. I completed all the paperwork that was asked of me to be told of a Tort Act of North Carolina, but it was never revealed of the contamination. Because they hid that information from us. I do have other medical condition that is attached to the documents. I want the chance and time to express my concerns/issues

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Medical expenses, purchases of prostetic and hardware, crutches, wheelchair, replacement of prostetic parts when needed, Secondary medical issues, pain and suffering, Finances, handicapp Accessibility items, among other items

19 July 2019
DATE

Margie M King Hundle
SIGNATURE OF PLAINTIFF

1332 Sale Avenue
Louisville, KY 40215

ADDRESS AND PHONE NUMBER OF PLAINTIFF