

Margie M. King Hurdle

1332 Sale avenue
Louisville, Kentucky 40215
502.416.3669
Margie4me@yahoo.com

United States District Court
Eastern District of North Carolina

19 July 2019

Attn: Kimberly A. Swank
United States Magistrate Judge

Fact 1: The water contamination was **hidden** from Service Members, spouses and children, workers and/or visitors. See Form: AO-440 for names listed.

Fact 2: They knew the water was contaminated but choose not to reveal, inform or tell the Service Members, spouses and children, workers and/or visitors...until how many years after the fact??? See Form: AO-440 for names listed

Fact 3: I/We was never informed of the water contamination from any of the individuals listed. AO-440 for names listed

Fact 4: When my spouse moved my daughters and myself to Camp Lejeune, NC we first lived in the Camp Lejeune Hospitality House for over 30+ days. We drank, bathe, swim, and used the water as part of our daily usage that was required.

Fact 5: Moved into Corbin Apartment across from the Holiday City Trailer Park for a short period of time

Fact 4: Moved into TT II Base Housing in 1987 until 1991.

Fact 5: According Specialist-Oncologist...given my background, and the delay between me being chemical exposure and presentation with sarcoma...suggest that chemical carcinogens in the water which I ingested were more likely than not the cause of my soft tissue sarcoma.

Fact 6: Due to the Camp Lejeune water contamination men had the highest rate of male breast cancer. During my research breast cancer is also considered a "soft tissue cancer". But still it is a covered medical issue listed. My cancer Synovial Sarcoma is also a soft tissue. How is that...

Fact 7: I survived the water contamination after 2 miscarriages (1987 & 1988), Synovial Sarcoma Cancer (soft tissue), Amputation of my right leg (above the knee),phantom pain RT leg stump, left leg & knee pain arthritis (secondary to amputation), fatigue (secondary amputation), loss of balance (secondary amputation), hysterectomy, ovarian cyst, increase breast size (medication during treatment) chronic migraine headaches, along with day to day struggles of maintaining.

Fact 8: I personally have 24 hour per day reminder of the damage caused by the water Camp Lejeune Water Contamination.

Fact 9: Therefore, I do not agree with the finding that was/has been made regarding my condition.