

```
ORIGIN ID:SDFA  (502) 416-3669        SHIP DATE: 19JUL19
MARGIE MARIE KING                     ACTWGT: 0.10 LB
                                      CAD: 6996996/SSF02002
1332 SALE AVENUE

LOUISVILLE, KY 40215                  BILL CREDIT CARD
UNITED STATES US

TO  ATTN CLERK OF THE COURT
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NORTH CAROLINA
    1717 SHIPYARD BLVD
    WILMINGTON NC 28403
  (919) 645-1700       REF:
  INV:
  PO:                  DEPT:
```



FedEx Express

E

MON - 22 JUL 3:00P
TRK# 7885 7510 4409    STANDARD OVERNIGHT
0201

XH ILMA                28403
                 NC-US  RDU





RECEIVED
JUL 22 2019



RECEIVED
JUL 22 2019



RT 469
ST 58.2