# UNITED STATES DISTRICT COURT
for the

Margie M King Hurdle
_____
*Plaintiff(s)*

v.   Civil Action No.

A-1 Dry Cleaners
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
A-1 Dry Cleaners
2127 Lejeune Blvd
Jacksonville, NC 28544

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M King Hurdle
1332 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

))))))))))))))

Margie M King Hurdle
_____
Plaintiff(s)

v.

A-1 Dry Cleaners
_____
Defendant(s)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
A-1 Dry Cleaners
2127 Lejeune Blvd
Jacksonville, N.C. 28544

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M King Hurdle
1332 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

_Margie M King Hurdle_
Plaintiff(s)

v.   Civil Action No.

_Camp Lejeune Water Supply_
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Camp Lejeune Water Supply
3250 Cotton Avenue
Quantico, VA 22154
c/o Camp Lejeune USMC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M King Hurdle
1382 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Margie M King Hurdle
_____
Plaintiff(s)

v.          Civil Action No.

Jacksonville Water Supply Comp
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jacksonville Water Supply Comp
P.O. Box 128
Jacksonville, NC 28541

228 Georgetown Rd.
Jacksonville, NC 28540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                            *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Margie M King Hurdle
_____
Plaintiff(s)

v.   Civil Action No. _____

Congress of USA
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Congress of USA
1100 Vermont Avenue, NW #700
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M King Hurdle
1332 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

<u>Margie M King Hurdle</u>
*Plaintiff(s)*

v.

<u>Dept of the Navy: JAG</u>
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dept of the Navy: JAG
1322 Patterson Avenue, Suite 3000
Washington Navy Ship Yard, DC 20374

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Margie M King Hurdle
1322 Sale Avenue
Louisville KY. 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Margie M. King Hurdle
_____
*Plaintiff(s)*

v.  Civil Action No.

City of Jacksonville, NC
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
City of Jacksonville, NC
P.O. Box 128
Jacksonville, NC 28541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M King Hurdle
1332 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Margie M King Hurdle
_____
*Plaintiff(s)*

v.

Camp Lejeune, USMC
_____
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Camp Lejeune USMC
3250 Catlin Avenue
Quantico, VA 22134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M. King Hurdle
1332 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Margie M King Hardle
_Plaintiff(s)_

v.

Civil Action No.

Veteran Administration (VA)
_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Veteran Administration
810 Vermont Ave., NW
Washington, DC 20420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M King Hardle
1332 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Margie M King Hurdle
_____
Plaintiff(s)

v.

U S Government
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Margie M King Hurdle
1332 Sale Avenue
Louisville, KY 40215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*