IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-115-D

| | |
|---|---|
| MARGIE M. KING HURDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAMP LEJEUNE USMC, et al., ) | |
| ) | |
| Defendants. ) | |

The sole remaining defendant is the United States. For the reasons stated in defendant's memorandum of law in support of its motion to dismiss [D.E. 29-1] and response in opposition to plaintiff's motion for entry of default [D.E. 32], the court GRANTS defendant's motion to dismiss [D.E. 29], DISMISSES WITHOUT PREJUDICE plaintiff's complaint against the United States for insufficient service of process and lack of subject-matter jurisdiction, and DENIES as meritless plaintiff's motion for entry of default [D.E. 31] against the Veterans Administration and the Department of the Navy.

SO ORDERED. This _3_ day of May, 2022.

JAMES C. DEVER III
United States District Judge