UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARGIE M. KING HURDLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAMP LEJEUNE, USMC, CAMP LEJEUNE )<br>WATER SUPPLY, CITY OF JACKSONVILLE, )<br>NC, DEPARTMENT OF THE NAVY, VETERAN )<br>ADM, OFF BASE DRY CLEANERS, CONGRESS)<br>OF USA, A-1 DRY CLEANERS, DEPT. OF JAG, )<br>U.S. GOVERNMENT, and JACKSONVILLE )<br>WATER SUPPLY COMPANY, )<br>)<br>Defendants. ) | **JUDGMENT IN A<br>CIVIL CASE<br>CASE NO. 7:19-CV-115-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on December 2, 2020, Plaintiff's claims against the following named defendants were dismissed as frivolous or for failure to state a claim upon which relief can be granted: A-1 Dry Cleaners; Camp Lejeune Water Supply; Jacksonville WaterSupply Company; Congress of USA; City of Jacksonville, NC; andVeteran Administration.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS defendant's motion to dismiss [D.E. 29], DISMISSES WITHOUT PREJUDICE plaintiff's complaint against the United States for insufficient service of process and lack of subject-matter jurisdiction, and DENIES as meritless plaintiff's motion for entry of default [D.E. 31] against the Veterans Administration and the Department of the Navy.

**This Judgment Filed and Entered on May 3, 2022, and Copies To:**

| | |
|---|---|
| Margie M. King Hurdle | (Sent to 1332 Sale Avenue Louisville, KY 40215 via US Mail) |
| Albert K. Lai | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

May 3, 2022  (By) /s/ Nicole Sellers

Deputy Clerk